# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID BOCHENEK, <br> on behalf of plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br> IBOTTA, INC.; and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | 13-cv-7408 <br><br> Honorable Judge John Z. Lee <br> Magistrate Judge Jeffrey T. Gilbert |

## STIPULATION TO DISMISS

The Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(2), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| DAVID BOCHENEK | IBOTTA, INC. |
| s/ Sharon Goott Nissim | s/ Sean C. Grimsley |
| EDELMAN, COMBS, LATTURNER & GOODWIN LLC <br> 120 S. LaSalle St., 18th Fl. <br> Chicago, IL 60603 <br> Telephone: (312) 739-4200 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP <br> 1899 Wynkoop St., Suite 800 <br> Denver, Colorado 80202 <br> Telephone: (303) 592-3100 <br> Fascimile: (303) 592-3140 |
| Counsel for Plaintiff | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

      I, Sharon Goott Nissim, hereby certify that on December 3, 2013, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which sent notification of such filing via electronic mail to the following parties:

Sean C. Grimsley
sean.grimsley@barlit-beck.com

Hamilton H. Hill
hamilton.hill@barlit-beck.com

                                                            s/Sharon Goott Nissim
                                                            Sharon Goott Nissim