UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

David Bochenek
       Plaintiff,
v.              Case No.: 1:13−cv−07408
              Honorable John Z. Lee
Ibotta, Inc., et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2013:

  MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation to dismiss filed [32]. Plaintiffs individual claims against Defendant are dismissed with prejudice with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice with each party bearing its own costs. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.